# In the United States Court of Federal Claims

## OFFICE OF SPECIAL MASTERS
### No. 22-1629V

|  |  |
|---|---|
| DANIEL LENEHAN, <br><br> Petitioner, <br> v. <br><br> SECRETARY OF HEALTH AND HUMAN SERVICES, <br><br> Respondent. | Chief Special Master Corcoran <br><br> Filed: March 24, 2026 |

*Sara J. Watkins, Robert Peirce & Associates, P.C., Pittsburgh, PA, for Petitioner.*

*James Connor Daughton, U.S. Department of Justice, Washington, DC, for Respondent.*

### DECISION AWARDING DAMAGES[1]

On November 1, 2022, Daniel Lenehan filed a petition for compensation under the National Vaccine Injury Compensation Program, 42 U.S.C. §300aa-10, *et seq.*[2] (the "Vaccine Act"). Petitioner alleges that he suffered from Guillain-Barre Syndrome ("GBS") following an influenza vaccination he received on November 20, 2020. Petition at 1. The case was assigned to the Special Processing Unit of the Office of Special Masters.

On August 9, 2024, a ruling on entitlement was issued, finding Petitioner entitled to compensation for his GBS. On March 23, 2026, Respondent filed a proffer on award of compensation ("Proffer") indicating Petitioner should be awarded $264,435.24, comprised of $250,000 for pain and suffering and $14,435.24 for past unreimbursed expenses. Proffer at 2. In the Proffer, Respondent represented that Petitioner agrees with the proffered award. *Id.* Based on the record as a whole, I find that Petitioner is entitled to an award as stated in the Proffer.

---

[1] Because this Decision contains a reasoned explanation for the action taken in this case, it must be made publicly accessible and will be posted on the United States Court of Federal Claims' website, and/or at https://www.govinfo.gov/app/collection/uscourts/national/cofc, in accordance with the E-Government Act of 2002. 44 U.S.C. § 3501 note (2018) (Federal Management and Promotion of Electronic Government Services). **This means the Decision will be available to anyone with access to the internet.** In accordance with Vaccine Rule 18(b), Petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, I agree that the identified material fits within this definition, I will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all section references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2018).

Pursuant to the terms stated in the attached Proffer, **I award Petitioner a lump sum payment of $264,435.24, comprised of $250,000.00 for pain and suffering and $14,435.24 for past unreimbursed expenses, to be paid through an ACH deposit to Petitioner's counsel's IOLTA account for prompt disbursement to Petitioner.** This amount represents compensation for all damages that would be available under Section 15(a).

The Clerk of Court is directed to enter judgment in accordance with this decision.[3]

**IT IS SO ORDERED.**

**s/Brian H. Corcoran**
Brian H. Corcoran
Chief Special Master

---

[3] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.

**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**
**OFFICE OF SPECIAL MASTERS**

| | |
|---|---|
| DANIEL LENEHAN,<br><br>            Petitioner,<br><br>      v.<br><br>SECRETARY OF HEALTH<br> AND HUMAN SERVICES,<br><br>            Respondent. | No. 22-1629V (ECF)<br><br>Chief Special Master Brian H. Corcoran |

**PROFFER ON AWARD OF COMPENSATION[1]**

On November 1, 2022, Daniel Lenehan ("petitioner") filed a petition for compensation under the National Childhood Vaccine Injury Act of 1986, 42 U.S.C. §§ 300aa-1 to 34, as amended ("Vaccine Act" or "Act"). ECF No. 1. Petitioner amended his petition on April 8, 2024 (the "Amended Petition"). ECF No. 18. Petitioner alleges that he developed Guillain-Barré Syndrome ("GBS") following receipt of an influenza ("flu") vaccine administered to him on November 20, 2020. Amended Petition at 1.

On August 8, 2024, the Secretary of Health and Human Services ("respondent") filed a Rule 4(c) Report indicating that this case is appropriate for compensation under the terms of the Act for a flu-GBS Table injury. ECF No. 30. On August 9, 2024, the Chief Special Master issued a Ruling on Entitlement finding petitioner entitled to compensation. ECF No. 31.

**I.      Items of Compensation**

Based upon the evidence of record, respondent proffers that petitioner should be awarded

---

[1] This Proffer does not include attorneys' fees and costs, which the parties intend to address after the Damages Decision is issued.

the following:

    A.    <u>Pain and Suffering</u>

Respondent proffers that petitioner should be awarded <u>$250,000.00</u> in pain and suffering. *See* 42 U.S.C. § 300aa-15(a)(4). Petitioner agrees.

    B.    <u>Past Unreimbursable Expenses</u>

Evidence supplied by petitioner documents that he incurred past unreimbursable expenses related to his vaccine-related injury. Respondent proffers that petitioner should be awarded past unreimbursable expenses in the amount of <u>$14,435.24</u>. *See* 42 U.S.C. § 300aa-15(a)(1)(B). Petitioner agrees.

These amounts represent all elements of compensation to which petitioner is entitled under 42 U.S.C. § 300aa-15(a). Petitioner agrees.

## II.    **Form of the Award**

The parties recommend that the compensation provided to petitioner should be made through a lump sum payment, as described below, and request that the Chief Special Master's decision and the Court's judgment award the following:[2]

A lump sum payment of **$264,435.24** to be paid through an ACH deposit to petitioner's counsel's IOLTA account for prompt disbursement to petitioner, Daniel Lenehan.

Petitioner is a competent adult. Proof of guardianship is not required in this case.

        Respectfully submitted,

        BRETT A. SHUMATE
        Assistant Attorney General

---

[2] Should petitioner die prior to entry of judgment, respondent would oppose any award for future medical expenses, future lost earnings, and future pain and suffering, and the parties reserve the right to move the Court for appropriate relief.

JONATHAN D. GUYNN
Acting Director
Torts Branch, Civil Division

HEATHER L. PEARLMAN
Deputy Director
Torts Branch, Civil Division

GABRIELLE M. FIELDING
Assistant Director
Torts Branch, Civil Division

*s/ J. Connor Daughton*
J. CONNOR DAUGHTON
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel.:    (202) 305-3907
Email: james.c.daughton@usdoj.gov

DATED: March 23, 2026

## CERTIFICATE OF SERVICE

I certify that today, March 23, 2026, a copy of the foregoing filing was or will be served

by electronic mail to petitioner's counsel, Sara Watkins, at swatkins@peircelaw.com.

*s/ J. Connor Daughton*
J. Connor Daughton
Trial Attorney
Torts Branch, Civil Division
U.S. Department of Justice
P.O. Box 146
Benjamin Franklin Station
Washington, D.C. 20044-0146
Tel.:    (202) 305-3907
Email: james.c.daughton@usdoj.gov

DATED: March 23, 2026

3